E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JENNA WILLIAMS (Cal. Bar No. 307975)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
DECLAN T. CONROY (Cal. Bar No. 350570)
Assistant United States Attorney
General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2690/2872
    Facsimile: (213) 894-0141
    E-mail:   jenna.williams@usdoj.gov
              declan.conroy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-195-MEMF |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER PERMITTING GOVERNMENT TO FILE EXHIBITS 1-8 TO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT UNDER SEAL, DECLARATION OF JENNA WILLIAMS |
| v. | |
| KIMBERLY ANN MILETTA, | |
| Defendant. | |

Respondent United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jenna Williams, hereby applies ex parte for an order of the Court permitting the government to file under seal Exhibits 1-8 to its Opposition to Defendant's Motion to Dismiss the Indictment.

This ex parte application is based on the attached Declaration of Jenna Williams.

If the application is denied, the government requests that the underlying documents shall be returned to the government, without filing of the documents on the clerk's public docket.

Dated: January 19, 2024          Respectfully submitted,

                                            E. MARTIN ESTRADA
                                            United States Attorney

                                            MACK E. JENKINS
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                            _____/s/_____
                                            JENNA WILLIAMS
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA

<u>DECLARATION OF JENNA WILLIAMS</u>

I, Jenna Williams, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the United States of America in the above-captioned case.

2. This declaration is made in support of the government's <u>ex parte</u> application for an order permitting the government to file under seal Exhibits 1-8 to its Opposition to Defendant's Motion to Dismiss the Indictment.

3. The government seeks permission to file Exhibits 1-8 under seal because they involve documents that include victim information that was produced pursuant to the Protective Order in this case (Dkt. 8) and/or which were filed under seal, and remain under seal, in the underlying equitable civil action, In re Seizure of Data and Documents, 21-CV-03529-CBM, involving the Rule 41 motion that is the subject of defendant's Motion to Dismiss.

4. I have consulted with defendant's attorney, H. Dean Steward, and he does not object to the filing of Exhibits 1-8 under seal.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 19, 2024

                                                  /s/
                                        JENNA WILLIAMS
                                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, **Teresa H. Terrell**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF JENNA WILLIAMS; [PROPOSED] ORDER SEALING DOCUMENT; UNDER SEAL DOCUMENT(S)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States certified mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ Via email, as follows:
   deansteward7777@gmail.com

☐ By Federal Express, as follows:

This Certificate is executed on **January 18, 2024**, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

*Teresa H. Terrell*
Teresa H. Terrell
Legal Assistant