O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KIMBERLY A. MILETTA,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cr-00195<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE TRIAL DATE [ECF NOS. 70, 71]** |

　　　　Before the Court is an Ex Parte Application to continuing the trial date filed by Defendant Kimberly Ann Miletta. ECF Nos. 70, 71. The Court held a hearing on the Application on May 15, 2024. For the reasons stated in the hearing, the Court GRANTS the application.

　　　　The Court hereby ORDERS as follows:

1. 　　The trial in this matter is continued from June 17, 2024, to September 9, 2024, at 8:30 a.m.[1] The Final Pretrial Conference is set for August 30, 2024, at 10:00 a.m.

---

[1] Defendant requested that the trial be set for Tuesday September 10, 2024. *See* ECF No. 70. A trial beginning on a Monday will be more convenient for the Court.

1

2. An additional status conference shall be held on July 18, 2024, at 2:00 pm. Defendant shall meet and confer with counsel for the United States and file a status report regarding Defendant's readiness for trial (and any other issues counsel wishes to bring to the Court's attention) by no later than July 11, 2024.

3. The pending Motions in Limine (ECF Nos. 50, 78), and any additional Motions in Limine, shall be heard at the Final Pretrial Conference on August 30, 2024.

4. The time period of June 17, 2024, to September 10, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

5. Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on September 10, 2024, at 8:30 a.m., for trial, on August 30, 2024, at 10:00 a.m., for the Final Pretrial Conference, and on July 18, 2024, at 2:00 pm, for the status conference.

6. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

7. Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents **no later than August 23, 2024.**

- Trial memorandum;
- Witness list;
- Exhibit list;
- Case-specific glossary for the Court Reporter;
- Joint jury instructions in the form described below;
- Joint proposed verdict form; and
- Proposed voir dire questions, if any.

IT IS SO ORDERED.

Dated: May 15, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge