UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | | Case No.: 22-cr-00195-MEMF |
| | Plaintiff, | **ORDER GRANTING DEFENDANT KIMBERLY MILETTA'S EX PARTE APPLICATION FOR LEAVE TO TRANSCRIBE SEALED PROCEEDING [DKT. NO. 290]** |
| v. | | |
| KIMBERLY MILETTA, | | |
| | Defendant. | |

On March 9, 2026, Defendant Kimberly Miletta filed an Ex Parte Application for Leave to Transcribe the Sealed Proceeding that took place on April 9, 2026. Dkt. No. 290. The Government does not oppose the Application.

The Court, having considered the Application and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

//

//

//

1

1. Counsel for Miletta shall have leave to obtain the transcription and/or recording of the April 9, 2026 hearing on Miletta's Ex Parte Application for an Order Permitting Sealing and Protection of Materials. (Dkt. No. 285). The transcript/recording shall remain under seal as it relates to all non-parties.

IT IS SO ORDERED.

_____

Dated: May 5, 2026

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge